NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIEMENS GAMESA RENEWABLE ENERGY A/S,**
*Plaintiff-Cross-Appellant*

**v.**

**GENERAL ELECTRIC COMPANY,**
*Defendant-Appellant*

---

2023-1580, 2023-1581

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:21-cv-10216-WGY, Judge William G. Young.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

April 24, 2023
   Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** April 24, 2023